FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 17, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BONITA KLEIN and GERALD L. KLEIN,<br><br>                Plaintiffs,<br><br>                v.<br><br>AMERICAN MEDICAL SYSTEMS, INC.,<br><br>                Defendant. | NO.  2:20-CV-00073-SAB<br><br>**ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** |

Before the Court is the parties' Stipulated Motion to Dismiss Without Prejudice, ECF No. 61. The motion was heard without oral argument.

The parties ask that the above-captioned case be voluntarily dismissed without prejudice, with each party to bear their own costs.

//
//
//
//
//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** ~ 1

Accordingly, **IT IS ORDERED:**

1.      The parties' Stipulated Motion to Dismiss Without Prejudice, ECF No. 61, is **GRANTED**.

2.      The above-captioned case is **DISMISSED**, without prejudice, and with each party bearing their own costs.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and to provide copies to counsel.

**DATED** this 17th day of August 2020.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITHOUT PREJUDICE** ~ 2